IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 23-CR-00750 JCH |
| ) | |
| BRADFORD EVANS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ORDER
FOR MARSHALS TO TRANSPORT DEFENDANT**

Defendant Bradford Evans, by and through his counsel of record, Jason Bowles of Bowles Law Firm, hereby moves this Court to order the Marshal's to transport Mr. Evans from Andrews, Texas to New Mexico, and in support of his motion states as follows:

1. Bradford Evans is charged with Possession with Intent to Distribute 500 Grams or More of a Mixture And Substance Containing a Detectable Amount of Methamphetamine and Possessing a Firearm in Furtherance of a Drug Trafficking Crime by Indictment (Doc. 22).

2. Mr. Evans was arrested in Andrews, Texas and is currently on a federal hold and Andrews jail will not release Mr. Evans due to the federal hold.

3. Mr. Evans filed a motion to suppress (Doc. 33) and Mr. Evans would like to have his motion heard in front of this Court but this Court can't schedule a hearing unless Mr. Evans is able to attend the hearing.

4. Counsel requests a writ and order from this Court directing the U.S. Marshals to transport Mr. Evans to the District of New Mexico for further proceedings in his federal case.

5. Assistant United States Attorney, Rachel Eagle does not oppose this motion.

WHEREFORE, Defendant respectfully requests this Court to order the Marshal's to transport Bradford Evans from Andrews, Texas to New Mexico.

Respectfully submitted,

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M. 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 21st day of December, 2023 to:

Rachel Eagle
Assistant United States Attorney

Timothy Vasquez
Assistant United States Attorney

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm