IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

           Plaintiff,

vs.                                                                                     Case No. CR 23-750 JCH

BRADFORD WAYNE EVANS,

           Defendant.

## **SUA SPONTE ORDER OF WITHDAWAL OF ORDER**

**THIS MATTER** comes before the Court Sua Sponte. The Court hereby withdraws the Unopposed Order for Marshals to Transport Defendant [doc. 51]. The Court withdraws the Order pending further briefing by the parties.

_____
HONORABLE JUDITH C. HERRERA
SENIOR UNITED STATES DISTRICT JUDGE